**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**Eastern Division**

```
FILED STAMP: JULY 30, 2008
08CV4330
JUDGE NORGLE
MAG. JUDGE VALDEZ
```

| | |
|---|---|
| URBAN RETAIL PROPERTIES, LLC, )<br>fka URBAN RETAIL PROPERTIES CO., )<br>                       )<br>     Plaintiff,    )<br>                       )<br>v.                         )<br>                       )<br>HCW DEVELOPMENT COMPANY, LLC, )<br>                       )<br>     Defendant.   ) | Civil Action No. J. N. _____<br><br>(Removed from Circuit Court<br>of Cook County, Illinois) |

**DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION OR ALTERNATIVELY TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI**

Defendant HCW Development Company, LLC ("HCW") moves the Court to dismiss the claims of Plaintiff for lack of personal jurisdiction over this defendant pursuant to Federal Rule of Civil Procedure 12(b)(2).  Alternatively, HCW moves pursuant to 28 U.S.C. § 1404(a) for an Order transferring this case to the United States District Court for the Western District of Missouri, Southern Division, for the convenience of the parties and witnesses and in the interests of justice.

In support of this motion, HCW relies upon its Memorandum of Law in Support (submitted herewith) and all other pleadings and matters of record in this case.

Respectfully submitted,

HCW DEVELOPMENT COMPANY, LLC

By:   /s/ James P. White
      One of its attorneys

James P. White (ARDC No. 3001032)
J. Aron Carnahan (ARDC No. 6242642)
HUSCH BLACKWELL SANDERS LLP
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
Phone: (312) 655-1500
Fax: (312) 655-1501

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 30th day of July, 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served via hand delivery upon the following:

Gregory J. Scandaglia
Scandaglia & Ryan
55 E. Monroe, Suite 3930
Chicago, IL 60603

                                               /s/ James P. White