# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

```
FILED STAMP: JULY 30, 2008
08CV4330
JUDGE NORGLE
MAG. JUDGE VALDEZ
```

| | | |
|---|---|---|
| URBAN RETAIL PROPERTIES, LLC, | ) | |
| fka URBAN RETAIL PROPERTIES CO., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. ___J. N.____ |
| | ) | |
| v. | ) | |
| | ) | (Removed from Circuit Court |
| HCW DEVELOPMENT COMPANY, LLC, | ) | of Cook County, Illinois) |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES

Pursuant to Local Rule 3.2, Defendant HCW Development Company, LLC states that it has no publicly held affiliates.

Respectfully submitted,

HCW DEVELOPMENT COMPANY, LLC

By: ___/s James P. White_____
       One of its attorneys

James P. White (ARDC No. 3001032)
J. Aron Carnahan (ARDC No. 6242642)
HUSCH BLACKWELL SANDERS LLP
120 South Riverside Plaza
22nd Floor
Chicago, IL 60606
Phone: (312) 655-1500
Fax: (312) 655-1501

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on this 30th day of July, 2008, the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and served via hand delivery upon the following:

Gregory J. Scandaglia
Scandaglia & Ryan
55 E. Monroe, Suite 3930
Chicago, IL 60603


/s James P. White