**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08C4330 |
|---|---|
| URBAN RETAIL PROPERTIES, LLC<br>v.<br>HCW DEVELOPMENT COMPANY, LLC | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
DEFENDANT HCW DEVELOPMENT COMPANY, LLC

| | |
|---|---|
| NAME (Type or print)<br>J. Aron Carnahan | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ J. Aron Carnahan | |
| FIRM<br>Husch Blackwell Sanders LLP | |
| STREET ADDRESS<br>120 S. Riverside Plaza, 22nd Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60606 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6242642 | TELEPHONE NUMBER<br>(312) 655-1500 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☑ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐