**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Urban Retail Properties, LLC
                                Plaintiff,

v.                                                    Case No.: 1:08–cv–04330
                                                   Honorable Charles R. Norgle Sr.

HCW Development Company, LLC
                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Enter Agreed Order. Plaintiff's response to Defendant's Motion to Dismiss for Lack of Personal Jurisdiction or Alternatively to Transfer Venue to the United States District Court for the Western District of Missouri [4] is due on or before 9/19/2008. Defendant's reply is due on or before 10/10/2008. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.