

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4330 | **DATE** | 8/11/2008 |
| **CASE TITLE** | Urban Retail vs. HCW | | |

**DOCKET ENTRY TEXT**

Motions to Appear Pro Hac Vice [12], [13], and [14] are granted.

*Docketing to mail notices.*

| | | Courtroom Deputy Initials: | |
|---|---|---|---|